[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1251.]

TALLAL, A.K.A. TURNER, APPELLANT, *v*. BANK ONE, N.A., APPELLEE.

[Cite as *Tallal v. Bank One, N.A.*, 2002-Ohio-1489.]

*Appeal dismissed as improvidently allowed.*

(No. 01-512—Submitted February 27, 2002—Decided April 3, 2002.)

APPEAL from the Court of Appeals for Summit County, No. 19592.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, HANDWORK and LUNDBERG STRATTON, JJ., concur.

PETER M. HANDWORK, J., of the Sixth Appellate District, sitting for COOK, J.

———————————

*Blakemore, Meeker & Bowler Co., L.P.A., Robert C. Meeker* and *Darren W. DeHaven*, for appellant.

*Zeiger & Carpenter, Marion H. Little, Jr., John W. Zeiger* and *Eva C. Gildee*, for appellee.

———————————